UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Veron Lamar Mayo,

Court File No.: 00-1995 (MJD/JGL)

Plaintiff,

vs.

**STIPULATION TO AMEND SCHEDULING ORDER**

City of Minneapolis, Minneapolis Police Department, Robert Olson, in his official capacity as Chief of the Minneapolis Police Department and individual capacity, Officers John Doe and Richard Roe, in their official and individual capacity,

Defendants.

Plaintiff Veron Lamar Mayo ("Plaintiff") and Defendants City of Minneapolis et al. ("Defendants"), each and all believing that an amended Scheduling Order should be entered pursuant to Rule 16 of the Rules of Civil Procedure in order allow additional time pursuant to Rule 26(a)(2)(B) due to the fact that Plaintiff is incarcerated in St. Cloud and there are logistical difficulties with completing discovery and scheduling depositions, and each having stipulated, by their counsel, to the entry of this amended Scheduling Order and Order Amending Scheduling Order, and the Court having considered the proposed order, good cause appearing there for,



FILED 11-21-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD _____
DEPUTY CLERK _____

**IT IS HEREBY ORDERED THAT:**

1. The Scheduling Order in this case is hereby Amended so that all scheduling order dates are extended ninety (90) days.

Dated: 11-18-02

**GOINS & WOOD, P.C.**

By: Kathryn R. Burke
Albert T. Goins, Sr., #126159
Kathryn R. Burke, #299583
301 Fourth Avenue South
378 Grain Exchange Building
Minneapolis, MN 55415
(612) 339-3848

Dated: 11/19/02

**JAY M. HEFFERN**
**CITY ATTORNEY**

By: James A. Moore
James A. Moore, #16883X
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2063

**ORDER**

Based upon the above Stipulation of the parties and upon Rule 16 of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED** that the above shall be, and hereby is, adopted as the Order of this Court, and the parties are directed to fully comply herewith.

Dated this 20 day of Nov., 2002.

BY THE COURT:

Honorable Jonathan G. Lebedoff
United States Magistrate Judge
United States District Court