**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Veron Lamar Mayo,**

**Plaintiff,**

**vs.**

**City of Minneapolis, Minneapolis Police Department, Robert Olson, in his official capacity as Chief of the Minneapolis Police Department and individual capacity, Officers John Doe and Richard Roe, in their official and individual capacity,**

**Defendants.**

**Court File No.: 00-1995 (MJD/JGL)**

**STIPULATION FOR DISMISSAL AND ORDER FOR DISMISSAL**

---

The parties, by and through their undersigned attorneys of record, having hereby stipulated that the Court may dismiss Plaintiff's Complaint with prejudice and without costs to either party.

Dated: 6/28/03

GOINS & WOOD
By
Albert T. Goins (126159)
304 Fourth Avenue South
378 Grain Exchange
Minneapolis, MN 55415
612-339-3853

Attorneys for Plaintiff

Dated: 6/20/03

JAY M. HEFFERN
Minneapolis City Attorney
By
JAMES A. MOORE
Attorney Reg. No. 16883X
Assistant City Attorney
333 South 7th Street, Suite 300
Minneapolis, MN 55402-2453

Attorneys for Defendants

JUL 10 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. JUL 10 2003
DEPUTY CLERK

Veron Mayo v. City of Minneapolis, et al., Civil No.: 00-1995 (MJD/JGL)

**ORDER**

The above-captioned matter having come on before the Court on the foregoing Stipulation, and the Court having considered the parties' Settlement Agreement pursuant to Minn. Stat. § 466.08, the Court hereby approves the settlement of the case and Orders the case dismissed with prejudice and without costs to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: 7-10-03

Michael J. Davis
Judge of District Court