AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Veron Lamar Mayo

V.

City of Minneapolis, Minneapolis Police Department, Robert Olson, in his official capacity as Chief of the Minneapolis Police Department and individual capacity, Officers John Doe and Richard Roe, in their official and individual capacity

## JUDGMENT IN A CIVIL CASE

Case Number: 00-1995 MJD/JGL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
That the Court hereby approves the settlement of the case and orders the case dismissed with prejudice and without costs to either party.

July 10, 2003
Date

RICHARD D. SLETTEN, CLERK

Marcy Bruckelmyer
(By) Marcy Bruckelmyer, Deputy Clerk

Modified:03/10/03